James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 M Street, Room 309
Merced, CA  95340
Tel:    (209) 385-7564
Fax:   (209) 726-1337

Attorney for Defendants County of Merced and Vern Warnke

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| Jaime Vega Damien and Alicia Reyes Barajas, Successors in interest to Alejandro Alex Vega, deceased,<br><br>           Plaintiffs,<br><br>     v.<br><br>City of Merced, et al.,<br><br>           Defendants. | Case No. 1:16-cv-01869-AWI-MSJ<br><br>**Stipulation and [Proposed] Order to File and Serve Second Amended Complaint and Time to Respond** |

WHEREAS, on October 7, 2016, Plaintiffs filed a complaint in the Superior Court of California, County of Merced, Case number 16CV-03050.

WHEREAS, on October 28, 2016, Plaintiffs filed a first amended complaint in the Superior Court of California, County of Merced.

WHEREAS, Plaintiffs did not serve defendants with the first amended complaint that was filed in the Superior Court of California, County of Merced on October 28, 2016.

1    WHEREAS, on November 7, 2016, Plaintiffs filed an ex parte application to amend the first amended complaint in the Superior Court of California, County of Merced.

WHEREAS, Defendants were not notified of the ex parte application to amend the first amended complaint.

WHEREAS, on November 14, 2016, the Court granted Plaintiffs' ex parte application to amend the first amended complaint.

WHEREAS, Defendants were not served with the order granting the ex parte application to amend the first amended complaint.

WHEREAS, on November 29, 2016, Plaintiffs served defendants with the original complaint that was filed on October 7, 2016.

WHEREAS, on December 7, 2016, Plaintiffs filed a second amended complaint in the Superior Court of California, County of Merced.  A copy of the second amended complaint is attached hereto as Exhibit A.

WHEREAS, a new defendant, Damian Alex Vega, was properly named in this suit via the second amended complaint, filed on December 7, 2016, in the Superior Court of California, County of Merced.

WHEREAS, Plaintiffs did not serve defendants County of Merced and Vern Warnke with the second amended complaint that was filed in the Superior Court of California, County of Merced on December 7, 2016.

WHEREAS, on December 13, 2016, Defendant, City of Merced, filed a notice of removal to the United States District Court, Eastern District Of California—Fresno Division.

WHEREAS, on December 29, 2016, Defendants, County of Merced and Sheriff of the County of Merced, Vern Warnke, in his capacity of Sheriff of the County of Merced, filed a joinder in notice of removal to the United States District Court, Eastern District of California—Fresno Division.  Not all

1  Defendants have filed a joinder in notice of removal to the United States
2  District Court, Eastern District of California—Fresno Division.
3      The parties, by and through their attorneys of record, hereby stipulate
4  and agree that the second amended complaint will be deemed served upon the
5  filing of this stipulation, and that Defendants City of Merced, Norm Andrade,
6  County of Merced and Vern Warnke will have twenty one (21) days from the
7  date of the order on the stipulation to respond to the second amended
8  complaint.

9                                                 Law Office of Javier Guerrero, Jr.

11 Dated: January 4, 2017          By:   /s/ Javier Guerrero, Jr. (as authorized)
12                                                Javier Guerrero, Jr.
                                               Attorney for Plaintiffs

15                                              Longyear, O'Dea & Lavra, LLP

17 Dated: January 4, 2017          By:  /s/ Van Longyear (as authorized)
18                                                VAN LONGYEAR
19                                              PETER C. ZILAFF
20                                              NICOLE M. CAHILL
                                             Attorney for Defendant,
                                             CITY OF MERCED

22 Dated: January 4, 2017                   James N. Fincher
23                                        Merced County Counsel

25                               By:   /s/ James E. Stone
26                                    James E. Stone, Deputy County
                                   Counsel, Attorney for Defendants,
27                                    County of Merced and Sheriff Vern
                                   Warnke

28 [*Order on following page*]

## ORDER

Upon stipulation of the parties, it is ordered that:

1. The Second Amended Complaint is deemed served;
2. Defendants City of Merced, Norm Andrade, County of Merced and Vern Warnke have twenty one (21) days from the date of this order to respond to the second amended complaint; and
3. The active complaint in this matter shall be Plaintiffs' Second Amended Complaint, which is Document No. 6-1 in the Court's Docket.

IT IS SO ORDERED.

Dated:   January 5, 2017                           _____
                                                    SENIOR  DISTRICT  JUDGE